**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern DIVISION**

In re: NEWMAN, FRANK § Case No. 12-31923
NEWMAN, GERALDINE §
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 08/12/2012. The undersigned trustee was appointed on 04/16/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of             $        73,864.55

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 18,388.46 |
   | Bank service fees | 777.27 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]  $ | 54,698.82 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

      6. The deadline for filing non-governmental claims in this case was 02/26/2013 and the deadline for filing governmental claims was 02/08/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,943.23. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $6,943.23, for a total compensation of $6,943.23[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/26/2015    By: /s/ David R. Brown
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case No.: | 12-31923 | Trustee Name: | (330580) David R. Brown |
|---|---|---|---|
| Case Name: | NEWMAN, FRANK<br>NEWMAN, GERALDINE | Date Filed (f) or Converted (c): | 08/12/2012 (f) |
| | | § 341(a) Meeting Date: | 10/30/2012 |
| For Period Ending: | 05/26/2015 | Claims Bar Date: | 02/26/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description<br>(Scheduled And Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=§554(a) abandon. | Sale/Funds<br>Received by the<br>Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| 1 | Single-family, four-bedroom home located at 804 Canyon Run Road, Naperville, IL 60565 | 360,765.00 | 0.00 | | 73,393.86 | FA |
| 2 | One-half (1/2) acre indeveloped vacant lot located at 119th & Lake Shore Drive, Pleasant Prairie, WI | 7,000.00 | 24,000.00 | | 0.00 | FA |
| 3 | Cash on hand Location: 804 Canyon Run Road, Naperville IL 60565 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account PNC Bank, Naperville, Illinois | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Checking account First American Bank, Bolingbrook, Illinois | 277.01 | 0.00 | | 0.00 | FA |
| 6 | Misc. items of furniture, to wit: TV's, VCR, DVD player, stereo, bedroom sets, sofa & matching chair, end tables, kitchen table & chairs, cookware, small appliances, stove, refrigerator, microwave, washer, dryer, computer and printer, cell phones Location: 804 Canyon Run Road, Naperville IL 60565 | 750.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. items of adult man's and woman's clothing Location: 804 Canyon Run Road, Naperville IL 60565 | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | Misc. items of man's and woman's jewelry, to wit wedding rings, chain, earrings, necklaces, bracelets, costume jewelry items, watches Location: 804 Canyon Run Road, Naperville IL 60565 | 1,200.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

Case No.: 12-31923  
Case Name: NEWMAN, FRANK  
NEWMAN, GERALDINE  
For Period Ending: 05/26/2015

Trustee Name: (330580) David R. Brown  
Date Filed (f) or Converted (c): 08/12/2012 (f)  
§ 341(a) Meeting Date: 10/30/2012  
Claims Bar Date: 02/26/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | Interest in 401(k) retirement account through<br>husband's employer, Home Depot Inc., as of 8/16/2012; administerd by Hewitt Associates LLC, 100 Half Day Road, Licolnshire, Illinois. | 5,022.02 | 0.00 | | 0.00 | FA |
| 10 | Unvested interest in BP Retirement Accumulation<br>Plan (RAP); vests upon age 65; administered by Fidelity NetBenefits, Boston, Massachusetts. | Unknown | 0.00 | | 0.00 | FA |
| 11 | Interest in 401(k) retirement account through<br>wife's employer, Home Depot Inc., as of 8/3/1012; administerd by Hewitt Associates LLC, 100 Half Day Road, Licolnshire, Illinois. | 908.18 | 0.00 | | 0.00 | FA |
| 12 | Claim for personal injuries sustained in a trip<br>and fall accident which occurred on or about 1/2011 at or near a Whole Foods Store, Naperville, Illinois | Unknown | 0.00 | | 0.00 | FA |
| 13 | 2006 Nissan Murano SUV; 77,000 miles; fair<br>condition Location: 804 Canyon Run Road, Naperville IL 60565 | 8,693.00 | 0.00 | | 0.00 | FA |
| 14 | 1996 Chevrolet Astro Cargo van; 112,000 miles;<br>fair condition Location: 804 Canyon Run Road, Naperville IL 60565 | 1,327.00 | 0.00 | | 0.00 | FA |
| 15 | Various and used small hand tools (saws,<br>wrenches, pliers, rachets) used in Debtor husband's part-time sole proprietorship home repair business, at fair market value | 1,500.00 | 0.00 | | 0.00 | FA |
| 16 | Void (u) | Unknown | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 5

**Case No.:** 12-31923  
**Case Name:** NEWMAN, FRANK  
NEWMAN, GERALDINE  
**For Period Ending:** 05/26/2015

**Trustee Name:** (330580) David R. Brown  
**Date Filed (f) or Converted (c):** 08/12/2012 (f)  
**§ 341(a) Meeting Date:** 10/30/2012  
**Claims Bar Date:** 02/26/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 18 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 19 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 20 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 21 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 22 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 23 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 24 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 25 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 26 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 27 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 28 | Void (u) | Unknown | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

Case 12-31923 Doc 49 Filed 06/08/15 Entered 06/08/15 11:17:14 Desc Main
Document  Page 6 of 17

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 6

| Case No.: | 12-31923 | Trustee Name: | (330580) David R. Brown |
| Case Name: | NEWMAN, FRANK / NEWMAN, GERALDINE | Date Filed (f) or Converted (c): | 08/12/2012 (f) |
| | | § 341(a) Meeting Date: | 10/30/2012 |
| For Period Ending: | 05/26/2015 | Claims Bar Date: | 02/26/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 29 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 30 | Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 31 | Refund (u) | 470.69 | 0.00 | | 470.69 | FA |
| 32 | Post-Petition Interest Deposits (u) | Unknown | Unknown | | 0.00 | Unknown |
| | **Assets Totals** (Excluding unknown values) | **$389,612.90** | **$24,000.00** | | **$73,864.55** | **$0.00** |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 7

| | |
|---|---|
| **Case No.:** 12-31923 | **Trustee Name:** (330580) David R. Brown |
| **Case Name:** NEWMAN, FRANK | **Date Filed (f) or Converted (c):** 08/12/2012 (f) |
| NEWMAN, GERALDINE | **§ 341(a) Meeting Date:** 10/30/2012 |
| **For Period Ending:** 05/26/2015 | **Claims Bar Date:** 02/26/2013 |

**Major Activities Affecting Case Closing:**

Negotiated contract of vacant real estate in WI.
Motion to sell pending 7/26/2013
closing date for property located at 102 nd St., Carol Beach Estates, Pleasant Prairie, Wisconsin schedule for October 4
Sale pending in November 2013.
Several extensions on contract due to local building codes.
Investigation into holders of title on property located at 102nd St., Carol Beach Estates.  Sale of property on hold pending results of investigation.
In process of drafting motion to employ Asset Recovery to recover money of the estate
Hearing on Motion to Employ Asset Recovery Specialist set for 2/14/14
Order authorizing employment of Recovery Specialist approved.
In process of trying to locate Probate attorney in Wisconsin to open probate estate to clear title for 102nd St., Carol Beach property.

Trustee is still trying to determine if sale of Wisconsin property is feasible to sell in light of problems with title [SYSTEM 2014-04-25 05:00:00]

**Initial Projected Date Of Final Report (TFR):**   12/13/2014        **Current Projected Date Of Final Report (TFR):**   05/26/2015

**UST Form 101-7-TFR (5/1/2011)**

Exhibit B

Page: 8

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-31923 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | NEWMAN, FRANK<br>NEWMAN, GERALDINE | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***1343 | Account #: | **********2538 - Checking |
| For Period Ending: | 05/26/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/01/2014 | {1} | DuPage County Sheriff | Foreclosure Sale Surplus | 1110-000 | 73,393.86 |  | 73,393.86 |
| 07/21/2014 | 1001 | Eddie Marcano | Finders Fee per Court order of 2/14/14 | 3991-000 |  | 18,348.46 | 55,045.40 |
| 08/07/2014 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 102.05 | 54,943.35 |
| 09/08/2014 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 81.69 | 54,861.66 |
| 09/26/2014 | {31} | Village of Pleasant Prairie | refund | 1290-000 | 470.69 |  | 55,332.35 |
| 10/07/2014 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 78.96 | 55,253.39 |
| 11/07/2014 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 82.15 | 55,171.24 |
| 12/05/2014 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 79.38 | 55,091.86 |
| 01/08/2015 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 81.90 | 55,009.96 |

{ } Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                                   ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| Case No.: | 12-31923 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | NEWMAN, FRANK<br>NEWMAN, GERALDINE | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***1343 | Account #: | **********2538 - Checking |
| For Period Ending: | 05/26/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/06/2015 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 81.79 | 54,928.17 |
| 02/11/2015 | 1002 | ARTHUR B. LEVINE COMPANY | bond No. 10BSBGR6291 | 2300-000 |  | 40.00 | 54,888.17 |
| 03/06/2015 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 73.75 | 54,814.42 |
| 04/07/2015 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 81.49 | 54,732.93 |
| 04/17/2015 |  | The Bank of New York Mellon | Transfer to Rabobank, N.A. | 9999-000 |  | 54,732.93 | 0.00 |
|  |  | COLUMN TOTALS |  |  | 73,864.55 | 73,864.55 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 54,732.93 |  |
|  |  | Subtotal |  |  | 73,864.55 | 19,131.62 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | NET Receipts / Disbursements |  |  | $73,864.55 | $19,131.62 |  |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

Exhibit B

## Form 2

Page: 10

## Cash Receipts And Disbursements Record

| Case No.: | 12-31923 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | NEWMAN, FRANK<br>NEWMAN, GERALDINE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1343 | Account #: | ******8766 - Checking |
| For Period Ending: | 05/26/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/17/2015 | | Rabobank, N.A. | Transfer from The Bank of New York Mellon | 9999-000 | 54,732.93 | | 54,732.93 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.11 | 54,698.82 |
| | | | COLUMN TOTALS | | 54,732.93 | 34.11 | $54,698.82 |
| | | | Less: Bank Transfers/CDs | | 54,732.93 | 0.00 | |
| | | | Subtotal | | 0.00 | 34.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$34.11** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                                  ! - transaction has not been cleared

Exhibit B

## Form 2

Page: 11

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 12-31923 | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | NEWMAN, FRANK<br>NEWMAN, GERALDINE | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***1343 | **Account #:** | ******8766 - Checking |
| **For Period Ending:** | 05/26/2015 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| **********2538 - Checking | $73,864.55 | $19,131.62 | $0.00 |
| ******8766 - Checking | $0.00 | $34.11 | $54,698.82 |
| | **$73,864.55** | **$19,165.73** | **$54,698.82** |

**UST Form 101-7-TFR (5/1/2011)**

**Exhibit C**

## Analysis of Claims Register

Case: 12-31923                                    FRANK NEWMAN AND GERALDINE NEWMAN

Claims Bar Date: 02/26/13

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><4300-000 Internal Revenue Service Tax Liens (pre-petition)><br>, 300 | Secured<br>11/29/12 | | $37,384.58<br>$37,384.58 | $0.00 | $37,384.58 |
| Expense | David R Brown,<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>05/22/15 | | $128.25<br>$128.25 | $0.00 | $128.25 |
| Expense | David E Grochocinski<br>10520 Ravinia Place Suite 29<br>Orland Park, IL 60462<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>09/12/14 | | $143.19<br>$143.19 | $0.00 | $143.19 |
| FEE | DAVID E GROCHOCINSKI<br>1900 Ravinia Palce<br>Orland Park, IL 60462<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200<br>Order approving fee and expenses entered 9/12/2014. | Administrative<br>09/12/14 | | $3,988.00<br>$3,988.00 | $0.00 | $3,988.00 |
| Fees | David R Brown<br>400 S. County Farm Rd. Suite 330<br>Wheaton, IL 60187<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>05/22/15 | | $3,562.50<br>$3,562.50 | $0.00 | $3,562.50 |
| TCOMP | DAVID E. GROCHOCINSKI<br>10520 Ravinia Place<br>Suite 29<br>Orland Park, IL 60462<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>05/12/15 | | $3,471.62<br>$3,471.62 | $0.00 | $3,471.62 |
| TCOMP | DAVID R BROWN<br>400 S. County Farm Rd. Suite 330<br>Wheaton, IL 60187<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>05/22/15 | | $3,471.61<br>$3,471.61 | $0.00 | $3,471.61 |

# Exhibit C

## Analysis of Claims Register

**Case: 12-31923**                              **FRANK NEWMAN AND GERALDINE NEWMAN**

Claims Bar Date: 02/26/13

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1a | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 250 | Priority<br>11/29/12 | | $5,555.61<br>$5,555.61 | $0.00 | $5,555.61 |
| 1b | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/29/12 | | $5,993.02<br>$5,993.02 | $0.00 | $5,993.02 |
| 2 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/29/12 | | $5,322.94<br>$5,322.94 | $0.00 | $5,322.94 |
| 3 | N. A. CAPITAL ONE BANK (USA)<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/24/12 | | $1,110.97<br>$1,110.97 | $0.00 | $1,110.97 |
| 4 | N. A. CAPITAL ONE BANK (USA)<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/24/12 | | $1,921.30<br>$1,921.30 | $0.00 | $1,921.30 |
| 5 | ECAST SETTLEMENT CORPORATION, ASSIG<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>MEMO: (5-1) CREDIT CARD DEBT | Unsecured<br>02/26/13 | | $5,124.43<br>$5,124.43 | $0.00 | $5,124.43 |

**Exhibit C**

## Analysis of Claims Register

**Case:** 12-31923  **FRANK NEWMAN AND GERALDINE NEWMAN**

Claims Bar Date: 02/26/13

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | ECAST SETTLEMENT CORPORATION, ASSIG of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 02/26/13 | | $9,300.43 $9,300.43 | $0.00 | $9,300.43 |
| | MEMO: (6-1) CREDIT CARD DEBT | | | | | |
| | | | **Case Total:** | | **$0.00** | **$86,478.45** |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-31923
Case Name: FRANK NEWMAN AND GERALDINE
Trustee Name: David R. Brown

**Balance on hand:**   $            54,698.82

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | DEPARTMENT OF THE TREASURY | 37,384.58 | 37,384.58 | 0.00 | 34,378.04 |

Total to be paid to secured creditors:   $   34,378.04
Remaining balance:   $   20,320.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID E. GROCHOCINSKI | 3,471.62 | 0.00 | 3,471.62 |
| Attorney for Trustee Fees - DAVID E GROCHOCINSKI | 3,988.00 | 0.00 | 3,988.00 |
| Trustee, Fees - DAVID R BROWN | 3,471.61 | 0.00 | 3,471.61 |
| Attorney for Trustee Fees - David R Brown | 3,562.50 | 0.00 | 3,562.50 |
| Attorney for Trustee, Expenses - David R Brown | 128.25 | 0.00 | 128.25 |
| Attorney for Trustee, Expenses - David E Grochocinski | 143.19 | 0.00 | 143.19 |

Total to be paid for chapter 7 administrative expenses:   $   14,765.17
Remaining balance:   $   5,555.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   5,555.61

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,555.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1a | DEPARTMENT OF THE TREASURY | 5,555.61 | 0.00 | 5,555.61 |

|  | Total to be paid for priority claims: | $ | 5,555.61 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $28,773.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1b | DEPARTMENT OF THE TREASURY | 5,993.02 | 0.00 | 0.00 |
| 2 | DISCOVER BANK | 5,322.94 | 0.00 | 0.00 |
| 3 | N. A. CAPITAL ONE BANK (USA) | 1,110.97 | 0.00 | 0.00 |
| 4 | N. A. CAPITAL ONE BANK (USA) | 1,921.30 | 0.00 | 0.00 |
| 5 | ECAST SETTLEMENT CORPORATION, ASSIG | 5,124.43 | 0.00 | 0.00 |
| 6 | ECAST SETTLEMENT CORPORATION, ASSIG | 9,300.43 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**