**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: NEWMAN, FRANK<br>         NEWMAN, GERALDINE | §<br>§<br>§<br>§ | Case No. 12-31923 |
| Debtor(s) | | |

**NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>David R. Brown</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

US Bankruptcy Court Clerk
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/13/2015 in Courtroom 240, Old Kane County Courthouse Courthouse, 100 S. Third Street, Geneva, IL 60134. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: <u>10/23/2015</u>                                          By: /s/ David R. Brown
                                                                                    Title

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL 60187

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: NEWMAN, FRANK § Case No. 12-31923
　　　　NEWMAN, GERALDINE §
　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　§
　　　　　　Debtor(s)

### SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of :* | $ 73,864.55 |
| *and approved disbursements of:* | $ 19,165.73 |
| *leaving a balance on hand of[1]:* | $ 54,698.82 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 1 | DEPARTMENT OF THE TREASURY | 37,384.58 | 37,384.58 | 0.00 | 6,184.81 |
| 99999 | Debtor exemption | 0.00 | 30,000.00 | 0.00 | 30,000.00 |

Total to be paid to secured creditors: $ 36,184.81
Remaining balance: $ 18,514.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - DAVID E. GROCHOCINSKI | 0.00 | 0.00 | 1,284.11 |
| Attorney for Trustee Fees - DAVID E GROCHOCINSKI | 3,988.00 | 0.00 | 3,988.00 |
| Attorney for Trustee, Expenses - David R Brown | 128.25 | 0.00 | 128.25 |
| Attorney for Trustee, Expenses - David E Grochocinski | 143.19 | 0.00 | 143.19 |
| Attorney for Trustee Fees - David R Brown | 3,562.50 | 0.00 | 3,562.50 |
| Trustee, Fees - DAVID R BROWN | 3,852.35 | 0.00 | 3,852.35 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for chapter 7 administrative expenses: | $ | 12,958.40 |
|---|---|---|---|
| | Remaining balance: | $ | 5,555.61 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 5,555.61 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,555.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1a | DEPARTMENT OF THE TREASURY | 5,555.61 | 0.00 | 5,555.61 |

| | Total to be paid for priority claims: | $ | 5,555.61 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $28,773.09 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1b | DEPARTMENT OF THE TREASURY | 5,993.02 | 0.00 | 0.00 |
| 2 | DISCOVER BANK | 5,322.94 | 0.00 | 0.00 |
| 3 | N. A. CAPITAL ONE BANK (USA) | 1,110.97 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 4 | N. A. CAPITAL ONE BANK (USA) | 1,921.30 | 0.00 | 0.00 |
| 5 | ECAST SETTLEMENT CORPORATION, ASSIG | 5,124.43 | 0.00 | 0.00 |
| 6 | ECAST SETTLEMENT CORPORATION, ASSIG | 9,300.43 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardily filed general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

                    David R. Brown: /s/ David R. Brown
                                  Trustee

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                            Case No. 12-31923-DRC
FRANK G. NEWMAN                                                   Chapter 7
GERALDINE M. NEWMAN
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-1          User: rgreen                 Page 1 of 3                  Date Rcvd: Oct 26, 2015
                              Form ID: pdf006              Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2015.
db           #+FRANK G. NEWMAN,    804 Canyon Run Road,    Naperville, IL 60565-2826
jdb          #+GERALDINE M. NEWMAN,    804 Canyon Run Road,    Naperville, IL 60565-2826
19305578      +Allied Interstate, LLC,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7684
19305582      +Bank of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
19305585      +Blmdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
19305586     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    Capital One Bank (USA), N.A.,    P.O. Box 85520,
                Richmond, VA 23285)
19849935       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
19305589      +Carson's,    HSBC Retail Services,    PO Box 17264,    Baltimore, MD 21297-1264
19305590      +Cash King Advance LLC,    3538 Manthey Road, #B,    Stockton, CA 95206-5304
19305591      +CashDirect Express / GECC,    750 Shipyard Drive, Ste. 200,    Wilmington, DE 19801-5160
19305592      +Certegy,   P.O. Box 30046,    Tampa, FL 33630-3046
19305593      +Chase,   Po Box 24696,    Columbus, OH 43224-0696
19305594      +Chase / Chase Bank USA, N.A.,    P.O. Box 15298,    Wilmington, DE 19850-5298
19305596      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
19305597      +City of Naperville, Illinois,    400 S. Eagle Road,    Naperville, IL 60540-5278
19305604      +DuPage Medical Group,    430 Pennsylvania Avenue,    Glen Ellyn, IL 60137-4496
19305606      +Everest Cash Advance,    300 Creek View Road,    Newark, DE 19711-8547
19305608       Everest Cash Advance,    PO Box 556,    Charlestown, Nevis,    West Indies
19305607       Everest Cash Advance,    PO Box 636,    Charlestown, Nevis,    West Indies
19305609      +Fashion Bug/Soanb,    1103 Allen Dr,    Milford, OH 45150-8763
19305611      +First American Bank,    700 Busse Road,    Elk Grove Village, IL 60007-2133
19305610      +First American Bank,    1290 W. Boughton Road,    Bolingbrook, IL 60490-1554
19305612      +First American Bank,    PO Box 0794,    Elk Grove Village, IL 60009-0794
19305614      +First Usa Bank N A,    1001 Jefferson Plaza,    Wilmington, DE 19801-1447
19305615      +Freedman Anselmo Lindberg LLC,    1807 W. Diehl Road, Ste. 333,    P.O. Box 3228,
                Naperville, IL 60566-3228
19305621      +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
19305622      +Government Employees Credit Center,    300 Creek View Road,    Newark, DE 19711-8546
19305623      +Gwen Henry, CPA, Bill Collector,    421 N. County Farm Road,    Wheaton, IL 60187-3978
19305624      +HSBC Bank Nevada, NA / Carson's,    HSBC Retail Services,    PO Box 15521,
                Wilmington, DE 19850-5521
19305625      +HSBC Retail Services,    PO Box 4144,    Carol Stream, IL 60197-4144
19327474       JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                Rochester, MI  48308-0730
19305628      +JPMorgan Chase Bank, N.A.,    Chase Home Equity,    PO Box 901039,    Fort Worth, TX 76101-2039
19305634       Lord & Taylor,    424 5th Avenue,    New York, NY 10018-2771
19305635      +MB Financial Bank,    6111 N River Rd,    Rosemont, IL 60018-5111
19305636      +Mcydsnb,   9111 Duke Blvd.,    Mason, OH 45040-8999
19305637      +Merchants Credit Guide,    223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6914
19305639      +Merchants' Credit Guide Company,    223 W. Jackson Blvd., #400,    Chicago, IL 60606-6974
19305641      +Nbgl-Carsons,    140 W Industrial Dr.,    Elmhurst, IL 60126-1602
19305642      +Philips & Cohen Associates, Ltd.,    Mail Stop: 178,    1002 Justison Street,
                Wilmington, DE 19801-5148
19305645      +Pier 1 / Nb,    2500 Westfield Dr.,    Elgin, IL 60124-7836
19305646      +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
19305648      +Sears / Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
19305650      +Talbots,   175 Beal St,    Hingham, MA 02043-1512
19305651      +Thd/Cbna,    The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
19305653      +Village of Pleasant Prairie, WI,    Kathleen Goessl,    9915 39th Avenue,
                Pleasant Prairie, WI 53158-6501
19305654     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Home Mortgage,    Wells Fargo Bank, N.A.,
                8480 Stagecoach Circle,    Frederick, MD 21701)
19305656      +WFNNB / Dress Barn,    WFNNB - Bankruptcy Department,    P.O. Box 182125,
                Columbus, OH 43218-2125
19305657      +WFNNB / Lane Bryant,    WFNNB - Bankruptcy Department,    P.O. Box 182125,
                Columbus, OH 43218-2125
19305658      +Will County State's Attorney,    Bad Check Restitution Program,    PO Box 800,
                Joliet, IL 60434-0800
20087146       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19305583      +E-mail/Text: mmeyers@blittandgaines.com Oct 27 2015 01:24:07      Blitt and Gaines, P.C.,
                661 Glenn Avenue,    Wheeling, IL 60090-6017
19305601       E-mail/PDF: mrdiscen@discover.com Oct 27 2015 02:22:32      Discover Card / Discover Bank,
                Discover Financial Services LLC,    P.O. Box 15316,    Wilmington, DE 19850
19744758       E-mail/PDF: mrdiscen@discover.com Oct 27 2015 02:22:32      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
```

```
District/off: 0752-1          User: rgreen              Page 2 of 3                   Date Rcvd: Oct 26, 2015
                              Form ID: pdf006           Total Noticed: 62


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
19305603        +E-mail/Text: collector@dupageco.org Oct 27 2015 01:21:50      DuPage County Collector,
                 421 N. County Farm Road,   Wheaton, IL 60187-3992
19305617        +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2015 01:26:29      Gecrb / Lord & Taylor,
                 PO Box 981400,   El Paso, TX 79998-1400
19305618        +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2015 01:27:27      Gecrb / Lundstrom,
                 PO Box 981439,   El Paso, TX 79998-1439
19305619        +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2015 01:26:30      Gecrb / Meijer Dc,
                 Po Box 981400,   El Paso, TX 79998-1400
19305599         E-mail/Text: cio.bncmail@irs.gov Oct 27 2015 01:21:31      Department of the Treasury,
                 Internal Revenue Service,   Kansas City, MO 64999
19305630        +E-mail/Text: ebnsterling@weltman.com Oct 27 2015 01:21:53      Kay Jewelers,   375 Ghent Rd,
                 Fairlawn, OH 44333-4600
19305631        +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 27 2015 01:21:19      Kohls / Capone,
                 N56 W 17000 Ridgewood Dr.,   Menomonee Falls, WI 53051-7096
19305632        +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 27 2015 01:21:19      Kohls / Chase,
                 N56 W 17000 Ridgewood Dr.,   Menomonee Falls, WI 53051-7096
19305659        +E-mail/Text: wow_bankruptcy@wideopenwest.com Oct 27 2015 01:24:37      WOW!,   PO Box 5715,
                 Carol Stream, IL 60197-5715
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             David R. Brown,   Springer, Brown, Covey, Gaertner & Davis
19305579*      +Allied Interstate, LLC,   3000 Corporate Exchange Drive,   Columbus, OH 43231-7684
19305580*      +Allied Interstate, LLC,   3000 Corporate Exchange Drive,   Columbus, OH 43231-7684
19305584*      +Blitt and Gaines, P.C.,   661 Glenn Avenue,   Wheeling, IL 60090-6017
19305587*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   Capital One Bank (USA), N.A.,   P.O. Box 85520,
                 Richmond, VA 23285)
19305588*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   Capital One Bank (USA), N.A.,   P.O. Box 85520,
                 Richmond, VA 23285)
19305595*      +Chase / Chase Bank USA, N.A.,   P.O. Box 15298,   Wilmington, DE 19850-5298
19305602*     ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
               (address filed with court: Discover Card / Discover Bank,   Discover Financial Services LLC,
                 P.O. Box 15316,   Wilmington, DE 19850)
19305598*       Department of the Treasury,   Internal Revenue Service,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
19305605*      +DuPage Medical Group,   430 Pennsylvania Avenue,   Glen Ellyn, IL 60137-4496
19305613*      +First American Bank,   PO Box 0794,   Elk Grove Village, IL 60009-0794
19305616*      +Freedman Anselmo Lindberg LLC,   1807 W. Diehl Road, Ste. 333,   P.O. Box 3228,
                 Naperville, IL 60566-3228
19305620*      +Geraldine M. Newman,   804 Canyon Run Road,   Naperville, IL 60565-2826
19305627*      +HSBC Retail Services,   P.O. Box 4144,   Carol Stream, IL 60197-4144
19305626*      +HSBC Retail Services,   PO Box 4144,   Carol Stream, IL 60197-4144
19305600*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Department of the Treasury,   Internal Revenue Service,
                 PO Box 9019,   Holtsville, NY 11742)
19305629*      +JPMorgan Chase Bank, N.A.,   Chase Home Equity,   PO Box 901039,   Fort Worth, TX 76101-2039
19305633*      +Kohls / Chase,   N56 W 17000 Ridgewood Dr.,   Menomonee Falls, WI 53051-7096
19305638*      +Merchants Credit Guide,   223 W Jackson Blvd Ste 4,   Chicago, IL 60606-6914
19305640*      +Merchants' Credit Guide Company,   223 W. Jackson Blvd., #400,   Chicago, IL 60606-6974
19305643*      +Philips & Cohen Associates, Ltd.,   Mail Stop: 178,   1002 Justison Street,
                 Wilmington, DE 19801-5148
19305644*      +Philips & Cohen Associates, Ltd.,   Mail Stop: 178,   1002 Justison Street,
                 Wilmington, DE 19801-5148
19305647*      +Rnb-Fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
19305649*      +Sears / Cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
19305652*      +Thd/Cbna,   The Home Depot,   Po Box 6497,   Sioux Falls, SD 57117-6497
19305655*     ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,   Wells Fargo Bank, N.A.,
                 8480 Stagecoach Circle,   Frederick, MD 21701)
20087147*       eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
                 New York, NY 10087-9262
19305581       ##+Bank of America,   Po Box 1598,   Norfolk, VA 23501-1598
                                                                                   TOTALS: 1, * 26, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1           User: rgreen                 Page 3 of 3                  Date Rcvd: Oct 26, 2015
                               Form ID: pdf006              Total Noticed: 62
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2015 at the address(es) listed below:

```
              Annie W. Lopez    on behalf of Creditor    Wells Fargo Bank, NA alopez@walinskilaw.com
              David  Brown, ESQ    on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David R Brown, ESQ    on behalf of Trustee David E Grochocinski dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;jill@springerbrown.com;IL84@ecfcbis.com
              David R Brown, ESQ    dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;jill@springerbrown.com;IL84@ecfcbis.com
              Gregory D. Bruno    on behalf of Joint Debtor GERALDINE M. NEWMAN mpbrunos@aol.com
              Gregory D. Bruno    on behalf of Debtor FRANK G. NEWMAN mpbrunos@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```