David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
   Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re:  NEWMAN, FRANK | § | Case No.  12-31923-DRC |
|    NEWMAN, GERALDINE | § | |
| | § | |
|   Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

David R. Brown, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $28,377.21 <br> *(without deducting any secured claims)* | Assets Exempt:  $60,627.01 |
| Total Distribution to Claimants:$11,740.42 | Claims Discharged <br> Without Payment: $28,773.09 |
| Total Expenses of Administration:$32,124.13 | |

3)  Total gross receipts of $    73,864.55    (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $    30,000.00  (see **Exhibit 2**), yielded net receipts of  $43,864.55
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $37,384.58 | $37,384.58 | $6,184.81 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 30,840.02 | 32,124.13 | 32,124.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 5,555.61 | 5,555.61 | 5,555.61 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 28,773.09 | 28,773.09 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $102,553.30 | $103,837.41 | $43,864.55 |

4)  This case was originally filed under Chapter 7 on April 16, 2014. The case was pending for 22 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2016               By:  /s/David R. Brown
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single-family, four-bedroom home located at 804 | 1110-000 | 73,393.86 |
| Refund | 1290-000 | 470.69 |
| **TOTAL GROSS RECEIPTS** | | **$73,864.55** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| FRANK G. NEWMAN and GERALDINE M. NEWMAN | Dividend paid 100.00% on $30,000.00 \| Claim # 99999 \| Filed: $0.00 | 8100-000 | 30,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$30,000.00** |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DEPARTMENT OF THE TREASURY | 4300-000 | N/A | 37,384.58 | 37,384.58 | 6,184.81 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$37,384.58** | **$37,384.58** | **$6,184.81** |

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Brown | 3120-000 | N/A | 0.00 | 0.00 | 0.00 |
| DAVID E. GROCHOCINSKI | 2200-000 | N/A | 0.00 | 0.00 | 0.00 |
| INNOVALAW, PC | 3110-000 | N/A | 3,988.00 | 3,988.00 | 3,988.00 |

**UST Form 101-7-TDR (10/1/2010)**

| David R Brown | 3110-000 | N/A | 3,562.50 | 3,562.50 | 3,562.50 |
| DAVID R BROWN | 2100-000 | N/A | 3,852.35 | 3,852.35 | 3,852.35 |
| INNOVALAW, PC | 2100-000 | N/A | 0.00 | 1,284.11 | 1,284.11 |
| David R Brown | 3120-000 | N/A | 128.25 | 128.25 | 128.25 |
| INNOVALAW, PC | 3120-000 | N/A | 143.19 | 143.19 | 143.19 |
| Rabobank, N.A. | 2600-000 | N/A | 34.11 | 34.11 | 34.11 |
| Eddie Marcano | 3991-000 | N/A | 18,348.46 | 18,348.46 | 18,348.46 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 40.00 | 40.00 | 40.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 102.05 | 102.05 | 102.05 |
| The Bank of New York Mellon | 2600-000 | N/A | 81.69 | 81.69 | 81.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 78.96 | 78.96 | 78.96 |
| The Bank of New York Mellon | 2600-000 | N/A | 82.15 | 82.15 | 82.15 |
| The Bank of New York Mellon | 2600-000 | N/A | 79.38 | 79.38 | 79.38 |
| The Bank of New York Mellon | 2600-000 | N/A | 81.90 | 81.90 | 81.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 81.79 | 81.79 | 81.79 |
| The Bank of New York Mellon | 2600-000 | N/A | 73.75 | 73.75 | 73.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 81.49 | 81.49 | 81.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $30,840.02 | $32,124.13 | $32,124.13 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | DEPARTMENT OF THE TREASURY | 5800-000 | N/A | 5,555.61 | 5,555.61 | 5,555.61 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $5,555.61 | $5,555.61 | $5,555.61 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1b | DEPARTMENT OF THE TREASURY | 7100-000 | N/A | 5,993.02 | 5,993.02 | 0.00 |
| 2 | DISCOVER BANK | 7100-000 | N/A | 5,322.94 | 5,322.94 | 0.00 |
| 3 | N. A. CAPITAL ONE BANK (USA) | 7100-000 | N/A | 1,110.97 | 1,110.97 | 0.00 |
| 4 | N. A. CAPITAL ONE BANK (USA) | 7100-000 | N/A | 1,921.30 | 1,921.30 | 0.00 |
| 5 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | N/A | 5,124.43 | 5,124.43 | 0.00 |
| 6 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | N/A | 9,300.43 | 9,300.43 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $28,773.09 | $28,773.09 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-31923-DRC

**Case Name:** NEWMAN, FRANK

NEWMAN, GERALDINE

**Period Ending:** 02/19/16

**Trustee:**        (330580)    David R. Brown

**Filed (f) or Converted (c):** 04/16/14 (f)

**§341(a) Meeting Date:** 10/30/12

**Claims Bar Date:** 02/26/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single-family, four-bedroom home located at 804 | 360,765.00 | 0.00 | | 73,393.86 | FA |
| 2 | One-half (1/2) acre indeveloped vacant lot | 7,000.00 | Unknown | | 0.00 | FA |
| 3 | Cash on hand Location: 804 Canyon Run Road, | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account PNC Bank, Naperville, Illinois | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Checking account First American Bank, | 277.01 | 0.00 | | 0.00 | FA |
| 6 | Misc. items of furniture, to wit: TVs, VCR, DVD | 750.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. items of adult mans and womans clothing | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | Misc. items of mans and womans jewelry, to wit | 1,200.00 | 0.00 | | 0.00 | FA |
| 9 | Interest in 401(k) retirement account through | 5,022.02 | 0.00 | | 0.00 | FA |
| 10 | Unvested interest in BP Retirement Accumulation | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Interest in 401(k) retirement account through | 908.18 | 0.00 | | 0.00 | FA |
| 12 | Claim for personal injuries sustained in a trip | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 2006 Nissan Murano SUV; 77,000 miles; fair | 8,693.00 | 0.00 | | 0.00 | FA |
| 14 | 1996 Chevrolet Astro Cargo van; 112,000 miles; | 1,327.00 | 0.00 | | 0.00 | FA |
| 15 | Various and used small hand tools (saws, | 1,500.00 | 0.00 | | 0.00 | FA |
| 16 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 17 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 18 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 19 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 20 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 21 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 22 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 23 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 24 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 25 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |

Exhibit 8

# **Form 1**

Page: 2

## **Individual Estate Property Record and Report**
## **Asset Cases**

**Case Number:** 12-31923-DRC

**Case Name:** NEWMAN, FRANK

NEWMAN, GERALDINE

**Period Ending:** 02/19/16

**Trustee:**      (330580)   David R. Brown

**Filed (f) or Converted (c):** 04/16/14 (f)

**§341(a) Meeting Date:** 10/30/12

**Claims Bar Date:** 02/26/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 26 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 27 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 28 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 29 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 30 | Void  (u) | Unknown | 0.00 | | 0.00 | FA |
| 31 | Refund  (u) | Unknown | Unknown | | 470.69 | FA |
| 32 | Post-Petition Interest Deposits  (u) | Unknown | N/A | | 0.00 | FA |
| **32** | **Assets**    **Totals** (Excluding unknown values) | **$389,142.21** | **$0.00** | | **$73,864.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

Negotiated contract of vacant real estate in WI.

Motion to sell pending 7/26/2013

closing date for property located at 102 nd St., Carol Beach Estates, Pleasant Prairie, Wisconsin schedule for October 4

Sale pending in November 2013.

Several extensions on contract due to local building codes.

Investigation into holders of title on property located at 102nd St., Carol Beach Estates.  Sale of property on hold pending results of investigation.

In process of drafting motion to employ Asset Recovery to recover money of the estate

Hearing on Motion to Employ Asset Recovery Specialist set for 2/14/14

Order authorizing employment of Recovery Specialist approved.

In process of trying to locate Probate attorney in Wisconsin to open probate estate to clear title for 102nd St., Carol Beach property.

Trustee is still trying to determine if sale of Wisconsin property is feasible to sell in light of problems with title [SYSTEM 2014-04-25 05:00:00]

**Initial Projected Date Of Final Report (TFR):**      December 13, 2014          **Current Projected Date Of Final Report (TFR):**      July 7, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-31923-DRC

**Case Name:** NEWMAN, FRANK

NEWMAN, GERALDINE

**Taxpayer ID #:** **-***1343

**Period Ending:** 02/19/16

**Trustee:** David R. Brown (330580)

**Bank Name:** The Bank of New York Mellon

**Account:** ****-******25-38 - Checking

**Blanket Bond:** $77,173,558.00  (per case limit)

**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/01/14 | {1} | DuPage County Sheriff | Foreclosure Sale Surplus | 1110-000 | 73,393.86 | | 73,393.86 |
| 07/21/14 | 1001 | Eddie Marcano | Finders Fee per Court order of 2/14/14 | 3991-000 | | 18,348.46 | 55,045.40 |
| 08/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 102.05 | 54,943.35 |
| 09/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 81.69 | 54,861.66 |
| 09/26/14 | {31} | Village of Pleasant Prairie | refund | 1290-000 | 470.69 | | 55,332.35 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 78.96 | 55,253.39 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 82.15 | 55,171.24 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 79.38 | 55,091.86 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 81.90 | 55,009.96 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 81.79 | 54,928.17 |
| 02/11/15 | 1002 | ARTHUR B. LEVINE COMPANY | bond No. 10BSBGR6291 | 2300-000 | | 40.00 | 54,888.17 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 73.75 | 54,814.42 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 81.49 | 54,732.93 |
| 04/17/15 | | The Bank of New York Mellon | Transfer to Rabobank, N.A. | 9999-000 | | 54,732.93 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 73,864.55 | 73,864.55 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 54,732.93 | |
| | | | **Subtotal** | | 73,864.55 | 19,131.62 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$73,864.55** | **$19,131.62** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-31923-DRC  
**Case Name:** NEWMAN, FRANK  
NEWMAN, GERALDINE  
**Taxpayer ID #:** **-***1343  
**Period Ending:** 02/19/16

**Trustee:** David R. Brown (330580)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8766 - Checking Account  
**Blanket Bond:** $77,173,558.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/17/15 | | Rabobank, N.A. | Transfer from The Bank of New York Mellon | 9999-000 | 54,732.93 | | 54,732.93 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.11 | 54,698.82 |
| 07/14/15 | 10101 | SPRINGER BROWN, LLC | Attorney expenses | 3120-000 | | 128.25 | 54,570.57 |
| 07/14/15 | 10102 | David R Brown | Attorney fees | 3110-000 | | 3,562.50 | 51,008.07 |
| 11/19/15 | 10103 | FRANK G. NEWMAN and GERALDINE M. NEWMAN | Dividend paid 100.00% on $30,000.00 \| Claim # 99999 \| Filed: $0.00 | 8100-000 | | 30,000.00 | 21,008.07 |
| 11/19/15 | 10104 | INNOVALAW, PC | Dividend paid 100.00% on $143.19 \| Claim # Expense \| Filed: $143.19 | 3120-000 | | 143.19 | 20,864.88 |
| 11/19/15 | 10105 | INNOVALAW, PC | Dividend paid 100.00% on $3,988.00 \| Claim # FEE \| Filed: $3,988.00 | 3110-000 | | 3,988.00 | 16,876.88 |
| 11/19/15 | 10106 | INNOVALAW, PC | Dividend paid 100.00% on $1,284.11 \| Claim # TCOMP \| Filed: $0.00 | 2100-000 | | 1,284.11 | 15,592.77 |
| 11/19/15 | 10107 | DAVID R BROWN | Dividend paid 100.00% on $3,852.35 \| Claim # TCOMP \| Filed: $3,852.35 | 2100-000 | | 3,852.35 | 11,740.42 |
| 11/19/15 | 10108 | DEPARTMENT OF THE TREASURY | Dividend paid 100.00% on $5,555.61 \| Claim # 1a \| Filed: $5,555.61 | 5800-000 | | 5,555.61 | 6,184.81 |
| 11/19/15 | 10109 | DEPARTMENT OF THE TREASURY | Dividend paid 16.54% on $37,384.58 \| Claim # 1 \| Filed: $37,384.58 | 4300-000 | | 6,184.81 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 54,732.93 | 54,732.93 | $0.00 |
| Less: Bank Transfers | 54,732.93 | 0.00 | |
| **Subtotal** | 0.00 | 54,732.93 | |
| Less: Payments to Debtors | | 30,000.00 | |
| **NET Receipts / Disbursements** | $0.00 | $24,732.93 | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******25-38** | 73,864.55 | 19,131.62 | 0.00 |
| **Checking # ******8766** | 0.00 | 24,732.93 | 0.00 |
| | $73,864.55 | $43,864.55 | $0.00 |

{} Asset reference(s)